BUFFALO CEMENT COMPANY, Limited, Appellant, *v.* PLINY B. McNAUGHTON, Impleaded, etc., et al., Respondents.

(Submitted November 21, 1898; decided December 6, 1898.)

Motion for reargument denied, with ten dollars costs. (See 156 N. Y. 702.)

---

JOSEPH A. BARR, Respondent, *v.* HENRY L. FISH, JR., Survivor, etc., and MAUDE A. B. FISH, Executrix of HENRY L. FISH, Deceased, Appellants.

Reported below, 87 Hun, 522.
(Argued November 28, 1898; decided December 6, 1898.)

MOTION to dismiss an appeal, by permission, from a judgment of the late General Term of the Supreme Court in the fifth judicial department, entered July 13, 1895, affirming a judgment in favor of plaintiff entered upon a verdict rendered at the Monroe County Court, and affirming an order denying a motion for a new trial.

The motion was made upon the ground that no question of law was involved which could be reviewed by the Court of Appeals.

*John A. Collier Wright* for motion.

*Frederick A. Mann* opposed.

Motion denied, with costs.